# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA ex rel.,
VICTOR E. BIBBY and
BRIAN J. DONNELLY

      Relators,

v.

MORTGAGE INVESTORS
CORPORATION and
WILLIAM L. EDWARDS,

      Defendants.
_____/

CIVIL ACTION

FILE NO. 8:17-mc-16-T-30TBM

## **ORDER ON RELATORS' UNOPPOSED MOTION TO STAY**

The Court, having reviewed Relators' Unopposed Motion to Stay Response to Marketing Solution Publications' Motion to Quash (Dkt. 6), hereby ORDERS as follows:

1. The Motion (Dkt. 6) is GRANTED to the extent explained herein.

2. Relators shall file their response in opposition to Marketing Solution Publications, Inc.'s Motion to Quash (Dkt. 1) by no later than fourteen (14) days from the date that the Atlanta Court enters an Order on Relators' request that William Edwards produce the requested documents or Edwards voluntarily produces the requested documents.

3. The Clerk of Court is directed to administratively close this case and terminate Marketing Solution Publications, Inc.'s Motion to Quash (Dkt. 1) from pending status.

4. Relators are ORDERED to keep the Court apprised of any ruling by the Atlanta Court, or any voluntary production, or any other resolution of the issues raised in Marketing Solution Publications' Motion to Quash (Dkt. 1).

5. The Court will reinstate the Motion to Quash (Dkt. 1) to pending status if the parties notify the Court that the Court's intervention is still needed.

SO ORDERED this the 1st day of March, 2017.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record